IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE'S NO. 020123 LEK |
| Plaintiff, ) | CASE NO. 2:01cr531w |
| vs. ) | |
| MARK SPENCER ) | FILED MAR 0 4 2002 |
| Defendant. ) | WALTER A.Y.H. CHINN, CLERK |

Before the Honorable  Leslie E. Kobayashi , U.S. Magistrate Judge, District of Hawaii, Honolulu, Hawaii.

The undersigned deponent being first duly sworn deposes and says:

That he/she is an Special Agent, FBI ; that he/she is informed and believes and, on the basis of such information and belief, alleges that on September 19, 01 an Indictment/Information/Complaint was filed/returned in the District of Utah, at Salt Lake City, Utah, charging the above-named defendant, Mark Spencer, with violating Title 18, USC Sections 2421 and 2422(a) in that he/she transported another in interstate or foreign commerce, with the intent that such individual engage in prostitution; and persuaded, induced, enticed, or coerced another to travel in interstate commerce to engage in prostitution.

That deponent is further informed and believes and on the basis of such information and belief, alleges that an arrest warrant for the above-named defendant was issued upon said Indictment/Information/Complaint in that district.

That deponent is further informed that N/A at _____ ordered/recommended that the amount of bail be set in the sum of $_____, returnable forthwith.

3/4/02 file

SWORN TO BEFORE ME AND SUBSCRIBED
IN MY PRESENCE THIS 4th DAY OF
March , 2002

Leslie E Kobayashi
UNITED STATES MAGISTRATE JUDGE