ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR  4 2002

at ____ o'clock and ____ min ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0123 LEK |
| | ) | |
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| vs. | ) | |
| | ) | |
| MARK SPENCER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

        The United States hereby moves to detain defendant

without bail, pursuant to 18 U.S.C. Section 3142.

        1.  Eligibility of Case.  This defendant is eligible

for detention because the case involves (check all that apply):

                _____ a.  Offense committed on release pending
                          felony trial (3142(d)(1)(A)(i))*

                _____ b.  Offense committed on release pending
                          imposition, execution, or appeal of
                          sentence, conviction or completion of
                          sentence (3142(d)(1)(A)(ii))*

                _____ c.  Offense committed while on probation or
                          parole (3142(d)(1)(A)(iii))*

_____ d.   A citizen of a foreign country or
           unlawfully admitted person
           (3142(d)(1)(B))*

_____ e.   Crime of violence (3142(f)(1)(A))

_____ f.   Maximum sentence life imprisonment or
           death (3142(f)(1)(B))

_____ g.   10+ year drug offense (3142(f)(1)(C))

_____ h.   Felony, with two prior convictions in
           above categories (3142(f)(1)(D))

__x__ i.   Serious risk defendant will flee
           (3142(f)(2)(A))

_____ j.   Danger to other person or community **

_____ k.   Serious risk obstruction of justice
           (3142(f)(2)(B))

_____ l.   Serious risk threat, injury,
           intimidation of prospective witness or
           juror (3142(f)(2)(B))

*   requires "i" or "j" additionally

**  requires "a", "b", "c", or "d" additionally

2.   <u>Reason for Detention</u>.   The court should detain
defendant (check all that apply):

__x__ a.   Because there is no condition or
           combination of conditions of release
           which will reasonably assure defendant's
           appearance as required (3142(e))

_____ b.   Because there is no condition or
           combination of conditions of release
           which will reasonably assure the safety
           of any other person and the community
           (3142(e))

_____ c.   Pending notification of appropriate
           court or official (not more than 10
           working days (3142(d))

3.  <u>Rebuttable Presumption</u>.   The United States
(will/<u>will not</u>) invoke the rebuttable presumption against
defendant under Section 3142(e).   If invoked, the presumption
applies because (check all that apply):

_____ a.   Probable cause to believe defendant
           committed 10+ year drug offense

_____ b.   Probable cause to believe defendant
           committed an offense under 18 U.S.C.
           § 924(c)

_____ c.   Previous conviction for eligible offense
           committed while on pretrial bond

4.  <u>Time for Detention Hearing</u>.   The United States
requests that the court conduct the detention hearing:

_____ a.   At first appearance

_X_ b.   After continuance of 3 days (not more
           than 3)


DATED:   March 4, 2002, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii

                    By_____
                    OMER G. POIRIER
                    Assistant U.S. Attorney

3