# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/04/2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MA 02-0123LEK

CASE NAME:       USA vs. MARK SPENCER

ATTYS FOR PLA:   Omer Poirier for Ronald Johnson

ATTYS FOR DEFT:  Myles Breinber (retained)

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-CD 3-Courtroom 7 |
|---|---|---|---|
| DATE: | 03/04/2002 | TIME: | 3:16-3:23 |

COURT ACTION:  EP: Initial Appearance - Defendant present in custody. Myles Breiner retained as counsel. Charges received. Motion to Detain filed.

Detention Hearing set for 1:30 3/7/02, LEK
Identity Hearing set for 10:00 3/18/02, LEK



Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Deputy

G:\docs\warren\MAG NO 02-0123LEK

3