AO 70 (8/85) Order of Temporary Detention

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 05 2002

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| United States of America | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO** |
| v. | **BAIL REFORM ACT** |
| Mark Spencer | Case No: Mag 02-0123 LEK |

Upon motion of the _____USA_____, it is ORDERED that a detention hearing is set for ___3/7/02___ * at ___1:30 pm___
                                           Date                                    Time

before Leslie E. Kobayashi, United States Magistrate Judge at Honolulu, Hawaii. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: March 4, 2002

                                                            _____
                                                            Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

4