# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/07/2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MAG NO. 02-0123 LEK

CASE NAME:        USA vs. MARK SPENCER

ATTYS FOR PLA:    Omer Poirier

ATTYS FOR DEFT:   Myles Breiner

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-CD 3-Courtroom 7 |
|---|---|---|---|
| DATE: | 03/07/2002 | TIME: | 2:02-2:12 |

COURT ACTION:  EP: Detention Hearing - Defendant present in custody.

Discovery to be provided by 3/14/02. Oral Motion to Continue Detention Hearing Granted.

Further Detention Hearing set for 10:30 3/11/02, LEK.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Deputy

G:\docs\warren\MAG NO 02-0123LEK-3-7-02