# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/11/2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    MAG NO. 02-0123LEK

CASE NAME:      USA vs. MARK SPENCER

ATTYS FOR PLA:  Omer Poirier

ATTYS FOR DEFT: Myles Breiner

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-CD 3-Courtroom 7 |
| DATE: | 03/11/2002 | TIME: | 10:35-10:38 |

---

COURT ACTION:  EP: Further Detention Hearing - Defendant present in custody.

Motion to Detain Granted. Govt to prepare Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Deputy

G:\docs\warren\MAG NO 02-0123LEK-3-11-02

MAR 12 2002