ORIGINAL

LODGED
MAR 13 2002
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. NO. 02-00123 LEK |
| Plaintiff, | DETENTION ORDER |
| vs. | |
| MARK SPENCER, (01) | |
| Defendant. | |

DETENTION ORDER

    This matter came before the court on the Government's Motion to Detain. Based on the record in this case including the Pre-trial Services Report and the supplemental Pre-trial services with respect to the defendant's record in Canada, the court finds by a preponderance of the evidence that there is no condition or combination of conditions that will assure the appearance of the defendant as required and finds by clear and convincing evidence that there is no condition or combination of conditions that will

assure the safety of other persons and the community.  Pursuant to 18 United States Code, Section 3143(i) the court orders

    1) that the defendant be committed to the custody of the Attorney General for confinement in a correction facility, separate to the extent practical from persons awaiting or serving sentences;

    2) that the defendant be afforded reasonable opportunity for consultation with counsel;

    3) that on order of a court of the United States or on request of the an attorney for the government, the person in charge of the corrections facility in which the person is confined deliver the person to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: _____March 13, 2002_____, at Honolulu, Hawaii.


_____
United States Magistrate Judge


United States of America v. Mark Spencer
Cr. No. 02-00123 LEK
"Order Detaining Defendant Mark Spencer"