# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/18/2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MAG NO. 02-0123LEK

CASE NAME:       USA vs. MARK SPENCER

ATTYS FOR PLA:   Omer Poirier

ATTYS FOR DEFT:  Myles Breiner

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:   FTR-CD 4-Courtroom 7

DATE:     03/18/2002                   TIME:       10:23-10:30

---

COURT ACTION:  EP: Identity Hearing - Defendant present in custody.  Parties stipulate to the identification of the defendant.

Waiver of Rule 40 Hearings signed by defendant and counsel Court questions defendant. Court signs Commitment to Another District. Defendant remanded to the custody of the US Marshal. US Marshals to transport defendant to District of Utah.

Submitted by: Warren N. Nakamura, Courtroom Deputy

MAR 19 2002

G:\docs\warren\MAG NO 02-0123LEK