AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

COPY

# United States District Court

| | DISTRICT |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MARK SPENCER | DOCKET NO.<br><br>MAGISTRATE CASE NO. 02-0123 LEK ✓ |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☒ indictment   ☐ information   ☐ complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. § 2421 + 2422

DISTRICT OF OFFENSE: UTAH

DATE OF OFFENSE: AUG 9, 2001

DESCRIPTION OF CHARGES:



BOND IS FIXED AT $ NO BAIL         UTAH
                                    DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/18/02                    Leslie E. Kobayashi
Date                       United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

11