AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2002

at 1 o'clock and 54 min. P M
WALTER A. Y. H. CHINN, CLERK

# United States District Court

| DISTRICT | |
|---|---|
| UNITED STATES OF AMERICA v. MARK SPENCER | DOCKET NO. |
| | MAGISTRATE CASE NO. 02-0123 LEK |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☒ indictment   ☐ information   ☐ complaint   ☐ Other (specify)

charging a violation of **18** U.S.C. § **2421 + 2422**

DISTRICT OF OFFENSE: **UTAH**

DATE OF OFFENSE: **AUG 9, 2001**

DESCRIPTION OF CHARGES:

[U.S. MARSHALS SERVICE HONOLULU, HI. — 02 MAR 18 P4:04 RECEIVED]

BOND IS FIXED AT $ **NO BAIL**

DISTRICT: **UTAH**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/18/02
Date

Leslie E. Kobayashi
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 4/11/02 | Salt Lake City, Utah | 4/11/02 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 4/11/02 | Randall D. Anderson | Robert L. Barnes |